■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. STEPHEN R. MAHLER, on Behalf of SHEBI C. ISAAC, Petitioner, v BERNARD McNELLIS et al., Respondents. [673 NYS2d 1002] —Writ of habeas corpus in the nature of an application to reduce bail upon Criminal Court of the City of New York, Queens County, Docket No. 98Q12193.

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Criminal Court of the City of New York, Queens County, Docket No. 98Q12193 to the sum of $75,000, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative. Thompson, J. P., Santucci, Friedmann and Florio, JJ., concur.

(March 30, 1998)

■ DENNIS R. ACCOVELLI et al., Appellants, v MADISON PARK OWNERS CORPORATION et al., Respondents. [670 NYS2d 650] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Phelan, J.), dated March 24, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Phelan at the Supreme Court. Joy, J. P., Krausman, Florio and Luciano, JJ., concur.